STATE OF TEXAS COURT OF CRIMINAL APPEALS
FROM THE 14th COURT OF APPEAL

## PD-1386-14

ZACHARIAH HARVEY

v

STATE OF TEXAS

174th DISTRICT COURT
OF HARRIS COUNTY, TEXAS
CAUSE NO: 1311763
APPEAL NO: 14-13-00774CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

MOTION FOR REHEARING
ORDER OF 2-132-15

TO THE HONORABLE COURT:

COMES NOW ZACHARIAH HARVEY, WHO IS INCARCERATED, INDIGENT PRO SE T.R.C.P 145 SPELLMAN 819 SW2d 406; HIGGENS 257 SW3d 634 TRAP 20.1 ON 26 AUG 2014. FROM THE 14th COURT OF APPEALS HARVEY V STATE No. 14-13-00774 C.R. FROM DIRECT APPEAL WAS AFFIRMED. I WAS DENIED 08 JAN 15, "DENIED PRO SE MOTION FOR REHEARING, DISMISSAL OF APPOINTED ATTORNEY OF FOR APPEAL, AND NEW ISSUES ON PDR". BY THE COURT OF APPEALS T.R.A.P 68.2 STATES; THE PDR MUST BE FILED 30 DAYS OF THE DATE OF THE MOTION FOR REHEARING WAS OVER RULED BY THE COURT OF APPEALS, AS PER PRISON MAILBOX RULE CAMPBELL 320 SW3d 338. I TIMELY FILED THE PDR 12 JAN 15. SEE T.R.A.P 10.5. THE CLERK HAS MADE A MISTAKE. SEE T.R.A.P 68.7, I ALSO REQUESTED THE "LOG" ON 02 FEB 15 IN PD-1386-14 FROM TRIAL 1311763. I RECEIVED A LETTER FROM THE CLERK OF TEXAS CRIMINAL COURT OF APPEALS, DENYING MY MOTION FOR PDR CLAIMING IT WAS TARDY.

IT IS 11 FEB 15., UNDER RULE 79.1 I CAN FILE A MOTION FOR REHEARING OF THE DENIAL OF 02 FEB 15, TIMELY AND RESUBMIT IN THE INTEREST OF JUSTICE IN GOOD FAITH. SEE LEMKE 13 SW3d 791; OLDHAM 977 SW2d 354.

1

## PRAYER

WHEREFORE PREMISES CONSIDERED, THE DEFENDANT PRAYS THAT THIS COURT GRANT THIS MOTION IN ALL THINGS CONSIDERED. GRANT THIS MOTION.

## DECLERATION

§132.003 TEX. CIV. PROC + REMEDIES CODES. IN ZACHARIAH HARVEY 1853348., BEING PRESENTLY INCARCERATED IN O.B. ELLIS. IN WALKER COUNTY TEXAS. DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED ON 11 FEB 2015

SIGNATURE Zachariah Harvey

2

ZACH HARVEY
01853348
1697 FM 980
HUNTSVILLE, TX 77343

SPECIAL

NORTH HOUSTON TX 773

12 FEB 2015 PM 5 L

COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

78711230808

